# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

WATERTON POLYMER PRODUCTS USA, LLC; WATERTON POLYMER PRODUCTS, LTD. v. EDIZONE, LLC,

No.: 15-1563

## NOTICE OF WITHDRAWAL OF APPEAL

Notice is hereby given that Appellants Waterton Polymer Products, USA, LLC and Waterton Polymer Products, Ltd. (collectively, "Waterton") are hereby withdrawing their appeal to the United States Court of Appeals for the Federal Circuit. Waterton further notes that there is no cross-appeal in this matter.

DATED this 5th day of June, 2015.

        PARSONS BEHLE & LATIMER

        */s/ Kristine E. Johnson*
        JOHN N. ZARIAN (Utah Bar No. 13454)
        jzarian@parsonsbehle.com
        PARSONS BEHLE & LATIMER
        800 West Main Street, Suite 1300
        Boise, Idaho 83702
        Telephone:    (208) 562-4900
        Facsimile:    (208) 562-4901

        KRISTINE E. JOHNSON (Utah Bar No. 7190)
        ecf@parsonsbehle.com
        PARSONS BEHLE & LATIMER
        201 South Main Street, Suite 1800
        Salt Lake City, Utah 84111
        Telephone:    (801) 532-1234
        Facsimile:    (801) 536-6111

        *Attorneys for Appellants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 5th day of June, 2015, I caused a copy of the foregoing to be filed via ECF which provided notice to all counsel of record.

*/s/ Kristine E. Johnson*